UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

P & M SERVICES, INC.,

    Plaintiff,

v.                                                  CASE NO. 05-CV-71576

ANDRE LAVALLEE,                      HON. JULIAN ABELE COOK, JR.

    Defendant.
_____/

## ORDER VACATING ORDER OF REFERENCE

    An Order of Reference to Magistrate Judge Morgan referring Plaintiff's Motion to Compel was filed on July 29, 2005. Magistrate Judge Mona Majzoub should be assigned as the Magistrate Judge in the above referenced case. This case is a companion case with 04-72432 which is assigned to Magistrate Majzoub. The Order of Reassignment filed on May 12, 2005 listed Magistrate Judge Morgan as the assigned Magistrate, the order should have reflected Magistrate Judge Majzoub.

    IT IS HEREBY ORDERED that the Order of Reference entered on July 29, 2005 to Magistrate Judge Morgan is VACATED and the Court will prepare a new order of reference to Magistrate Judge Majzoub.

Dated: August 26, 2005                              s/ Julian Abele Cook, Jr.
                                                          JULIAN ABELE COOK, JR.
                                                          United States District Judge

<u>Certificate of Service</u>

     I hereby certify that on August 26, 2005,  I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

<u>s/ Kay Alford</u>
Courtroom Deputy Clerk
